## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAMERE SOLIS, individually and as the representative of a class of similarly situated persons,<br>    Plaintiff,<br><br>v.<br><br>PLANET HOME LENDING, LLC,<br>    Defendant. | : <br> : <br> : CIVIL ACTION NO. 3:21-cv-00159-JCH <br> : <br> : <br> : JULY 2, 2021 <br> : <br> : <br> : |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Camere Solis and Defendant Planet Home Lending, LLC (collectively, the "Parties") have an agreement in principle to settle the above-captioned matter on an individual basis. The Parties anticipate that a Stipulation of Dismissal will be filed within thirty (30) days of this Notice. Accordingly, the Parties respectfully request that the Court stay all proceedings in their entirety and all pending case management deadlines, including ruling on the pending Motion to Dismiss.

If the Court has any questions, the Parties request that a telephonic status conference be set.

DATED: July 2, 2021          **BUCKLEY LLP**

                                         */s/ Fredrick S. Levin*
                                         Fredrick S. Levin
                                         Counsel for Planet Home Lending, LLC

DATED: July 2, 2021          **ANDERSON + WANCA**

                                         */s/ Patrick Solberg*
                                         Patrick Solberg
                                         Counsel for Camere Solis

## **CERTIFICATION**

Pursuant to District of Connecticut Electronic Filing Policies and Procedures § XI.D, I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

    */s/ Fredrick S. Levin*
    Fredrick S. Levin